IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JULIE GUERRA** <br> Plaintiff, <br><br> v. <br><br> **STATE FARM LLOYDS** <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> CASE NO. _____ |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

Defendant **STATE FARM LLOYDS** files this Notice of Removal.

### PROCEDURAL BACKGROUND

1. Plaintiff Julie Guerra filed this action on July 25, 2022 against State Farm Lloyds Inc. ("Lloyds Inc.") in the 404th Judicial District Court of Cameron County, Texas. That case was docketed under cause number 2022-DCL-03592 (the "State Court Action"). On August 19, 2022, Plaintiff filed an amended petition removing Lloyds Inc. as a defendant and naming State Farm Lloyds ("State Farm") as a defendant for the first time.

2. By agreement of the parties, service on State Farm was effective when undersigned counsel was provided a copy of the amended petition on August 19, 2022.

3. State Farm now timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 404th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

### NATURE OF THE SUIT

4. This lawsuit involves a dispute over alleged non-payment or underpayment of insurance benefits and the handling of Plaintiff's insurance claim. Plaintiff's claim is for damages allegedly sustained to her residential property as the result of wind and/or water damage on or about July 25,

2020. Plaintiff's First Amended Petition at IV.

5.     Plaintiff's First Amended Petition asserts causes of action against State Farm for breach of contract, breach of the duty of good faith and fair dealing, violations of Chapters 541 and 542 of the Texas Insurance Code, and violations of the Deceptive Trade Practices Act.  Plaintiff's Original Petition at VI-X.  Plaintiff seeks damages including actual damages, exemplary damages, statutory damages, attorney's fees and court costs. *Id.* at XII-XIII.

## BASIS FOR REMOVAL

6.     The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and State Farm) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Diversity of Citizenship*

7.     At the time the State Court Action was commenced, Plaintiff was, and still is, a resident and citizen of Texas.  *See* Plaintiff's Original Petition at IV.

8.     Defendant State Farm was at the time this action was commenced, and still is, a citizen of Illinois and Colorado. State Farm is a "Lloyd's Plan" organized under chapter 941 of the Texas Insurance Code.  It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens and residents of Illinois and Colorado, thereby making State Farm Lloyds a citizen of Illinois and Colorado for diversity purposes. See *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).

### *Amount in Controversy*

9.     In her petition, "Plaintiff seeks damages of monetary relief of over $250,000 but less than $1,000,000." Plaintiff's First Amended Petition at I.  The amount in controversy requirement is satisfied on the face of the petition.

## REMOVAL IS PROCEDURALLY CORRECT

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b). State Farm was served with process on August 19, 2022.

11. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.1, copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Documents Filed (Exhibits 1-A through 1-F).

12. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of State Farm's Notice of Removal was promptly given to all parties and to the clerk of the 404th Judicial District Court of Cameron County, Texas.

## PRAYER

State Farm Lloyds respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm Lloyds also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

/s/ *Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Phone: (956) 294-4800
Facsimile: 956-928-9564

Electronic Service to:
efile@ramonworthington.com
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**

Sofia A. Ramón
Fed. ID No. 20871/State Bar No. 00784811
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800
(956) 928-9564 – Fax

**Electronic Service to:**
efile@ramonworthington.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2022 a true and correct copy of the foregoing document was served to the following counsel of record:

Mikell A. West
BANDAS LAW FIRM, P.C.
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
T: (361) 698-5200
F: (361) 698-5222
mwest@bandaslawfirm.com
**Attorney for Plaintiff**

                                                */s/ Elizabeth Sandoval Cantu*
                                                Elizabeth Sandoval Cantu