IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIE GUERRA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-126 |
| | § | |
| STATE FARM LLOYDS, | § | |
|    Defendant. | § | |

## ORDER

On January 26, 2023, the parties filed a joint stipulation to dismiss this case with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Dkt. No. 8.  This rule permits the plaintiff to dismiss an action against any defendant without a court order. Williams v. Taylor Seidenbach, Inc., 958 F.3d 341, 344 (5th Cir. 2020) (en banc).

Accordingly, all claims made in this case have been dismissed with prejudice.  The District Clerk shall close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

DONE at Brownsville, Texas on January 27, 2023.

 

_____
Ronald G. Morgan
United States Magistrate Judge

1